UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES NIETO, ET AL.,

    Plaintiffs,

v.

UNITRON, LP,

    Defendant.
                                /

Case No. 06-11966

Honorable Nancy G. Edmunds

**ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION [18]
OF THIS COURT'S AUGUST 7, 2006 OPINION AND ORDER**

On August 7, 2006, this Court issued an Opinion and Order denying Defendant's motions for automatic stay [9] and to dismiss [10]. Defendant filed a motion for reconsideration of that Order, and the Court requested that Plaintiffs file a response. Being fully advised in the premises, having read the parties' briefs, and for the reasons stated below, this Court DENIES Defendant's motion for reconsideration.

Pursuant to Rule 7.1(g)(3) of the Local Rules for the Eastern District of Michigan, the Court will not grant motions for reconsideration "that merely present the same issues ruled upon by the court, either expressly or by reasonable implication. The movant must not only demonstrate a palpable defect by which the court and the parties have been misled but also show that correcting the defect will result in a different disposition of the case." Because Defendant's motion fails to satisfy the rule's requirements, it is DENIED.

SO ORDERED.

        s/Nancy G. Edmunds
        Nancy G. Edmunds
        United States District Judge

Dated: August 29, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 29, 2006, by electronic and/or ordinary mail.

        s/Carol A. Hemeyer
        Case Manager